IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, | No. M: 05-1699 CRB<br><br>**ORDER OF DISMISSAL** |

This order relates to:

06-0165

    It is has come to the Court's attention that Case No. 06-0165, <u>Person v. Pfizer Inc. et al.</u>, is a duplicate of Case No. 05-5389. Case No. 06-0165 is therefore dismissed to clarify the docket.

    **IT IS SO ORDERED.**

Dated: January 20, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\orderofdismissal3.wpd